# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**DENISE SUBRAMANIAM**  Case No.: 3:17−cv−01627−YY
    Plaintiff(s),

v.  **ORDER GRANTING APPLICATION FOR CM/ECF REGISTRATION**

**GABRIELLE D. RICHARDS, et al.**
    Defendant(s).

Pursuant to the request of Plaintiff Denise Subramaniam, proceeding *pro se* in this matter, and the Court having reviewed the application and supporting documentation (including certificates of completion and consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E)),

**IT IS HEREBY ORDERED** that, pursuant to Local Rule (LR) 100−4(c), Denise Subramaniam is granted permission to become a Registered User in the Court's Case Management/Electronic Case Files (CM/ECF) system. The Clerk is directed to establish a user account for Denise Subramaniam to receive notice and electronically file documents in the CM/ECF system and to record on the docket when notification of the CM/ECF login and password has been sent.

**IT IS FURTHER ORDERED** that Denise Subramaniam is not to have filing access to any other cases except those to which he/she is a party.

The Court notes the continuing responsibility of Registered Users to notify the Clerk's Office of any e−mail address, mailing address, and/or telephone number changes. Pursuant to LR 83−10, a notice of a change of mailing and/or e−mail address must be filed in pleading form and served on all parties to this case, and the CM/ECF user account must be updated.

Furthermore, the Court reminds Denise Subramaniam that all submissions are to be filed in compliance with the Federal Rules of Procedure, Local Rules, and the policies and procedures of this Court. Use of the CM/ECF system as a Registered User to file and receive notices electronically is a privilege that may be revoked at any time by the Court if the user is found to be abusing this privilege by submitting frivolous or erroneous filings.

**DATED** this 17th day of October, 2017    /s/Youlee Yim You

                                                         Honorable Youlee Yim You
                                                         United States Magistrate Judge.