

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | October 27, 2017 |
| Case Number: | 3:17−cv−01627−RJB |
| Case Title: | Subramaniam v. Richards et al |

**(A)   Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Youlee Yim You to the Honorable Robert J. Bryan, United States District Judge Information on this case may be obtained from the following:

Courtroom Deputy:

Docket Information:   Telephone: 503−326−8050

**(B)   Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)   Change to the Case Number:** Effective immediately, Judge Bryan's initials (RJB) will replace the previous judge's initials in this case.

**MARY L. MORAN**
**Clerk of Court**

cc:   Judge Bryan
      Counsel of Record